JUDGMENT
=================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---------------

NO. 98-30153
CT/AG#: CR-93-00149-1-JCC

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

WILLIAM CARLYLE HOLMES

    Defendant - Appellant

---------------------

APPEAL FROM the United States District Court for the Western District of Washington (Seattle).

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the Western District of Washington (Seattle) and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED.

Filed and entered        June 10, 1999



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 19 1999

by _____ Deputy Clerk